United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, *et al.*, | **Case No.: 13-CV-3987 YGR** |
| **Plaintiffs,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING MOTION TO STAY CASE MANAGEMENT CONFERENCE AS MOOT** |
| **v.** | |
| **SALLY JEWELL, Secretary of the United States Department of the Interior,** *et al.*, | |
| **Defendants.** | |

The Court **CONTINUES** the Initial Case Management Conference in the above-styled matter from February 3, 2014, to the Court's 2:00 p.m. Calendar on **Monday, May 12, 2014**.

The Court **DENIES AS MOOT** the parties' Joint Motion to Stay Case Management Conference. (Dkt. No. 25.)

The Court reminds Defendants of their obligation to present papers to this Court in the manner prescribed by its Civil Local Rules, including Civil Local Rules 3-4 and 7-4. Neither motion filed by Defendants on January 30, 2014 complied with those rules. (Dkt. Nos. 24, 25; *see also* N.D. Cal. Civ. L.R. 1-4, 11-4(a)(2).)

This Order terminates Docket No. 25.

**IT IS SO ORDERED**.

Date: January 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**